United States District Court
Southern District of Texas
**ENTERED**
August 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SARA LEIST, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:24-CV-00047 |
| JOAN M. PHILLIPS, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Dismiss (D.E. 26), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on August 28, 2024.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE